UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

MATTHEW HAWKINS,

       Plaintiff,

v.

NORTH AMERICAN LIGHTING INC.,

       Defendant.

Case No. 23-2049

**REPORT & RECOMMENDATION**

    On March 8, 2023, Plaintiff filed a Complaint (#1) against Defendant. On May 31, 2023, the Court entered a scheduling order in this case. On July 17, 2023, Plaintiff's counsel filed a Motion to Withdraw (#13), noting that Plaintiff has failed to return Plaintiff's counsel's numerous attempts to reach Plaintiff. The Court granted the Motion and gave Plaintiff 21 days to obtain new counsel. The Court noted that if new counsel did not enter an appearance within 21 days, Plaintiff would appear pro se.

    New counsel did not appear for Plaintiff and the Court set a Telephone Status Conference for September 28, 2023. Plaintiff failed to appear for the Telephone Status Conference. On September 29, 2023, the Court entered an Order to Show Cause (#15) ordering Plaintiff to show cause as to why this matter should not be dismissed for failure to comply with Court orders. Plaintiff failed to show cause by the deadline.

    **Accordingly, the Court recommends that Plaintiff's case be DISMISSED for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

    IT IS SO ORDERED.

    ENTERED this 23rd day of October, 2023.

                                             s/ ERIC I. LONG
                                             UNITED STATES MAGISTRATE JUDGE